**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01137-CR

### LUIS RODOLFO LOPEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-60773-M

## ORDER

The Court **REINSTATES** the appeal.

On January 21, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. On February 13, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, this is now the order of the Court.

We **ORDER** the Dallas County District Clerk to file the clerk's record in this appeal within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     LANA MYERS
          JUSTICE